**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:23-cv-23470-RNS**

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY and
GEICO CASUALTY CO.,

      Plaintiffs,

vs.

MARK ALLEN SILVERMAN, D.C., et al.,

      Defendants.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiffs and Defendants, pursuant to Local Rule 16.4, respectfully inform the Court that they have reached a settlement in principle – subject to the complete execution of a formal settlement agreement – that will resolve all of Plaintiffs' claims against the Defendants in this case.

The Parties are presently finalizing the formal settlement documents and will file a stipulation of dismissal upon satisfaction of certain conditions of the settlement. The Parties anticipate filing a stipulation of dismissal within fifteen (15) days.

Respectfully submitted,

| | |
|---|---|
| *_/s/ Max Gershenoff_____* | *____/s/ Jeffrey Crockett_____* |
| Max Gershenoff, Esq. | Jeffrey B. Crockett, Esq. |
| Rivkin Radler, LLP | Coffey Burlington |
| 1301 Riverplace Blvd., Suite 1000 | 2601 S Bayshore Dr., Penthouse One |
| Jacksonville, FL 32207 | Miami, Florida 33133 |
| Phone: (904) 792-8948 | Phone: (305) 858-2900 |
| max.gershenoff@rivkin.com | JCrockett@coffeyburlington.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on June 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record in this case.

/s/ Max Gershenoff
Attorney