**Exhibit "3"**
**Form of First Federal Stipulation of Dismissal**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:23-cv-23470-RNS**

GOVERNMENT EMPLOYEES INSURANCE CO., et al.,

      Plaintiffs,

vs.

MARK ALLAN SILVERMAN, D.C., et al.,

      Defendants.

_____/

      **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Silverman Chiropractic & Rehabilitation Center, Inc., Mark Allan Silverman, D.C., and Gregory Mazzotta, D.C., that all claims asserted by Plaintiffs against Defendants Silverman Chiropractic & Rehabilitation Center, Inc., Mark Allan Silverman, D.C., and Gregory Mazzotta, D.C. in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1). The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

| | |
|---|---|
| /s/ Max Gershenoff | /s/ Jeffrey B. Crockett |
| Max Gershenoff, Esq. | Jeffrey B. Crocket, Esq. |
| Rivkin Radler, LLP | Coffey Burlington |
| 1301 Riverplace Blvd., Suite 1000 | 2601 S Bayshore Dr. |
| Jacksonville, FL 32207 | Penthouse One |
| Phone: (904) 792-8948 | Miami, Florida 33133 |
| max.gershenoff@rivkin.com | Phone: (305) 858-2900 |
| *Counsel for Plaintiffs* | JCrockett@coffeyburlington.com |
| | *Counsel for Defendants* |

22